**96–2791.   Sun Newspapers v. Moreland Hills.**
In Mandamus.   On answer of respondent and on motion to dismiss.   *Sua sponte,* alternative writ granted.

**97–14.   J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10.   On motion to modify the court's entry stating the issue to be briefed. Motion denied.

**97–85.   State v. Ballow.**
Medina App. No. 2527–M.   On motion for leave to file delayed appeal.   Motion denied.
   PFEIFER, J., dissents.

**97–138.   Davis v. Columbus State Community College.**
Franklin App. No. 96APE09–1264.   On motion to expedite.   Motion denied.

**97–151.   State v. Dillon.**
Monroe App. No. 725.   On motion for leave to file delayed appeal.   Motion granted.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–157.   State v. Bowser.**
Greene App. No. 95CA82.   On motion for leave to file delayed appeal.   Motion denied.
   RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–167.   State v. Newman.**
Lorain App. No. 92CA005430.   On motion for leave to file delayed appeal.   Motion denied.
   PFEIFER, J., dissents.

**97–212.   State v. Puckett.**
Scioto App. No. 95CA2362.   On motion for leave to file delayed appeal.   Motion denied.
   RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–218.   State v. McCraney.**
Summit App. No. 17683.   On motion for leave to file delayed appeal.   Motion denied.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–221.   State ex rel. Hayward v. Gault.**
Summit App. No. 17735.   On motion to supplement record.   Motion denied.
   MOYER, C.J., dissents.

**97–414.   State v. Spivey.**
Mahoning App. No. 89 C.A. 172.   On motion for appointment of counsel.   Motion granted and this matter is remanded to the court of appeals for appointment of counsel.
   PFEIFER, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**96–2624.   Hamilton v. Ohio Sav. Bank.**
Cuyahoga App. No. 69757.   (Appeal of Frances Hamilton, and George and Barbara Seidel, and cross-appeal of Ohio Savings Bank.)
   MOYER, C.J., RESNICK and COOK, JJ., dissent.

**96–2730.   Wagner v. Midwestern Indemn. Co.**
Seneca App. No. 13–95–51.   (Appeal of Verlin L. and Ruth A. Wagner, and cross-appeal of Midwestern Indemnity Company.)
   MOYER, C.J., and COOK, J., dissent.

**96–2797.   AL Post 0184 v. Ohio Liquor Control Comm.**
Miami App. No. 96CA17.   *Sua sponte,* cause held for the decision in 96–1270 and 96–1271, *VFW Post 1238 v. Ohio Liquor Control Comm.,* Huron App. No. H–95–065;   briefing schedule stayed.
   DOUGLAS and RESNICK, JJ., dissent.